UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | |
| **ALVARO SERRANO ARCHBOLD-MANNER** | : | FILED UNDER SEAL |
|    a.k.a "El Negro" | : | |
|    a.k.a. "Archie" | : | |
| | : | |
| **JESUS ANTONIO MURILLO-LENIS** | : | |
|    a.k.a. "Leni" | : | |
|    a.k.a. "Muri" | : | |
| | : | |
| **RANFER MANUEL RIOS-MERCADO** | : | |
| | : | |
| **Defendants.** | : | |

### O R D E R

Upon consideration of the Government's Motion to Seal the Indictment, it is hereby

ORDERED, this _____ day of September, 2005, that the Motion to Seal, the Indictment, and this Court's ORDER be sealed until further Order of this Court. It is further

ORDERED, that the Government may disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

 

                                                          UNITED STATES DISTRICT COURT
                                                          MAGISTRATE JUDGE

DATE: _____

cc:    Patrick H. Hearn, Trial Attorney.
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice
        1400 New York Avenue, NW, Suite 800
        Washington, D.C. 20530     202-305-7606