UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-342 |
| | : | |
| | : | ORDER TO SEAL |
| **ALVARO SERRANO ARCHBOLD-** | : | <u>FILED UNDER SEAL</u> |
| **MANNER (1)** | : | |
|     a.k.a "El Negro" | : | |
|     a.k.a. "Archie" | : | |
|     a.k.a. "Bambino" | : | |
| | : | |
| **JESUS ANTONIO MURILLO-LENIS (2)** | : | |
|     a.k.a. "Leni" | : | |
|     a.k.a. "Muri" | : | |
| | : | |
| **RANFER MANUEL** | : | |
| **RIOS-MERCADO (3)** | : | |
| | : | |
| **JEFFREY DAVYTON LEWIS (4)** | : | |
| | : | |
| **GARETH DAVITON LEWIS (5)** | : | |
|     a.k.a "David Lewis" | : | |
|     a.k.a "Mocho" | : | |
| | : | |
| **FREDY GOMEZ-PEREZ (6)** | : | |
|     a.k.a. "Chiqui" | : | |
| | : | |
| **JUAN DE JESUS RINCON-ROJAS (7)** | : | |
|     a.k.a.  "Paisa" | : | |
| | : | |
| **GUSTAVO BARBOSA-RODRIGUEZ (8)** | : | |
| | : | |
| **ULISIS MALKUM-BERNADES (9)** | : | |
|     a.k.a. "Ulysis Malcom" | : | |
|     a.k.a. "Ulyses Malcolm" | : | |
|     a.k.a. "Ulysis Malkun" | : | |
|     a.k.a. "El Gordo" | : | |
|     a.k.a "Montoya" | : | |
| | : | |
| **CARLOS DELGADO-GOMEZ (10)** | : | |
|     a.k.a. "Carlanga" | : | |

| | |
|---|---|
| **LUIS ENRIQUE CASTANEDA-GONZALEZ (11)** | : |
|     a.k.a "Kike" | : |
| | : |
| **ENRIQUE OYOLA-ROPERO (12)** | : |
| | : |
| **VICTOR ANTONIO PALMERA-QUINTANA (13)** | : |
| | : |
| **SERGIO RENE DE MARTINI-TAMAYO (14)** | : |
|     a.k.a. "Paisa," | : |
|     a.k.a. "Rafita," | : |
|     a.k.a. "Henry" | : |
| | : |
| **JOSE HUGO ALVEREZ-LOZANO (15)** | : |
| | : |
| **JAIME HERNAN GUTIERREZ-DIAZ (16)** | : |
| | : |
| **GERMAN VILLEGAS-MEJIA (17)** | : |
|     a.k.a. "El Doctor" | : |
| | : |
| **GERARDO TOBON-ROJAS (18)** | : |
|     a.k.a. "Mateo" | : |
| | : |
| **FERNANDO ZAPATA-BERMUDEZ (19)** | : |
| | : |
| **HERIBERTO ZAZUETA (20)** | : |
|     a.k.a. "Don Beto" | : |
| | : |
| **MARIO FRANCISCO MAGANA-PEREZ (21)** | : |
|     a.k.a "El Grandote" | : |
| | : |
| **JUAN JOSE HEREDIA-LOPEZ (22)** | : |
| | : |
| **HECTOR CONTRERAS-NOVOA (23)** | : |
|     a.k.a "Hector Contreras-Noboa" | : |
| | : |
| **JUAN EDUARDO PEREZ-RINCON (24)** | : |

**ALFREDO LUIS PERALTA-** :
**CARRILLO (25)** :

    **Defendants.**

# O R D E R

Upon consideration of the Government's Motion to Seal the Indictment, it is hereby

ORDERED, this _____ day of April, 2006, that the Motion to Seal, the Indictment, and this Court's ORDER be sealed until further Order of this Court. It is further

ORDERED, that the Government may disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

 

                                              UNITED STATES DISTRICT COURT
                                              MAGISTRATE JUDGE

DATE: _____

cc:    Patrick H. Hearn, Trial Attorney.
       Narcotic and Dangerous Drug Section
       U.S. Department of Justice
       1400 New York Avenue, NW, Suite 800
       Washington, D.C. 20530     202-305-7606