UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff,**<br><br>    v.<br><br>**ALVARO SERRANO ARCHBOLD-**<br>**MANNER #1**<br>    a.k.a. "El Negro"<br>    a.k.a. "Archie"<br>    a.k.a. "Bambino"<br><br>    **Defendants.** | )<br>)<br>)<br>)  Criminal Case No. 05-341 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### GOVERNMENTS SUBMISSION OF AMENDED PROPOSED ORDER
### FOR GOVERNMENT'S PRETRIAL DETENTION MOTION

The United States respectfully submits an amended proposed order for Government's Pretrial Detention Motion for consideration by the court. The Government had previously submitted a proposed order for signature by Magistrate Judge Robinson. The motion has since been scheduled for hearing before the Honorable Royce C. Lamberth. The government submits an amended proposed order for signature by Judge Lamberth.

Dated: October 24, 2006

                                                     Respectfully submitted

                                                   KEN BLANCO, Chief
                                                   Narcotics and Dangerous Drug Section


                                                   /s/
                                                   Patrick H. Hearn
                                                   Trial Attorney
                                                   Narcotics and Dangerous Drug Section
                                                   U.S. Department of Justice
                                                   1400 New York Avenue, N.W.

Washington, D.C. 20005<br>(202) 305-7606

## **CERTIFICATE OF SERVICE**

    I hereby certified that a copy of the forgoing motion was sent to Defendant Archbold's attorney, Jonathan Jeffress, via ECF on October 24, 2006.

                          /s/_____  
                            Patrick H. Hearn  
                            Trial Attorney  
                            U.S. Department of Justice