UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-342 (RCL) |
| | ) |
| ALVARO SERRANO ARCHBOLD-MANNER #1 | ) |
| | ) |
|   a.k.a. "El Negro" | ) |
|   a.k.a. "Archie" | ) |
|   a.k.a. "Bambino" | ) |
| | ) |
|   *et al*. | ) |
|     Defendants. | ) |

<u>ORDER</u>

On the oral motion of the United States, the Court hereby

ORDERS that the Second Superseding Indictment be UNSEALED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 26, 2006.