UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> **Plaintiff**, ) <br> ) <br> v. ) <br> ) <br> **ALVARO SERRANO ARCHBOLD-** ) <br> **MANNER (1)** ) <br> ) <br> **JUAN JOSE HEREDIA-LOPEZ (22)** ) <br> ) <br> **Defendants.** ) <br> _____) | Criminal Case No. 05-342 (RCL) |

## GOVERNMENT'S MOTION FOR CONTINUANCE OF PLEA HEARING

The United States, by and through Patrick H. Hearn, attorney for the government, respectfully move this Court to continue the plea hearing in this matter, currently scheduled for Monday, May 7, 2007, at 4:30 p.m. The government has spoken with Jon Jeffress, attorney for Alvaro Serrano Archbold, and Alexandra Rengle, attorney for Juan Jose Heredia-Lopez, and they agree with and do not oppose the government's motion for continuance of plea hearing.

In support of the motion, the Government respectfully submits that additional time is required to continue discussions to finalize details regarding a resolution to the cases. Prior meetings between the government and defense counsel have been fruitful and that additional meetings will be of assistance to the parties in finalizing a resolution. The government and defense counsel are in agreement to request a plea hearing approximately thirty days from the date of the current plea hearing date, May 7, 2007, and that Speedy Trial time be excluded between May 7, 2007, and the rescheduled date.

Respectfully submitted

KEN BLANCO, Chief
Narcotics and Dangerous Drug Section
Criminal Division
U.S. Department of Justice


_____/s/_____
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7606


CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to Jon Jeffress, attorney for Alvaro Serrano Archbold, and Alexandra Rengle, attorney for Juan Jose Heredia-Lopez on April 28, 2007

_____/s/_____
Patrick H. Hearn