UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>      **Plaintiff**,<br><br>   v.<br><br>**ALVARO SERRANO ARCHBOLD-MANNER (1)**<br><br>**JUAN JOSE HEREDIA-LOPEZ (22)**<br><br>      **Defendants.** | )<br>)<br>)<br>)  Criminal Case No. 05-342 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Government's Motion to Continue the Plea Hearing in this matter, currently scheduled for Monday, May 7, 2007 at 4:30 p.m., and finding good cause, it is

**ORDERED**, that the Government's Motion to Continue the Plea Hearing is **GRANTED**. This matter will be continued for a case status hearing on the _____ day of _____, 2007 at_____AM/PM. The continuance is in the best interests of justice and those interests outweigh the interests of the parties and the public in a speedier trial. The purpose of the continuance is to permit the government and defense counsel an opportunity to meet and finalize details regarding a resolution to the cases.

**SO ORDERED**,

_____                     _____
_____DATE_____       HONORABLE ROYCE C. LAMBERTH
                                         U.S. DISTRICT JUDGE
                                         UNITED STATES DISTRICT COURT
                                         FOR THE DISTRICT OF COLUMBIA