UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 05-342 (RCL) |
| | ) | |
| **ALVARO SERRANO ARCHBOLD-MANNER (1)** | ) | |
| | ) | |
| **JUAN JOSE HEREDIA-LOPEZ (22)** | ) | |
| | ) | |
| **Defendants.** | ) | |

### GOVERNMENT'S MOTION FOR CONTINUANCE OF PLEA HEARING

The United States, by and through Patrick H. Hearn, attorney for the government, respectfully moves this Court to continue the plea hearing in this matter, currently scheduled for June 8, 2007, at 4:30 p.m. The government has spoken with Jon Jeffress, attorney for Alvaro Serrano Archbold, and Alexandra Rengle, attorney for Juan Jose Heredia-Lopez, and they agree with and do not oppose the government's motion for continuance of plea hearing and that Speedy Trial time be excluded between June 8, 2007, and the rescheduled date.

In support of the motion, the Government respectfully requests approximately two to three weeks to finalize the written plea agreements and factual statements needed to resolve each of the cases. The government has had discussions with defendants' counsel regarding the application of the U.S. Sentencing Guidelines to their cases. The government and defendants' counsel have reached an agreement verbally as to the appropriate application of the U.S. Sentencing Guidelines, as they apply to the defendants offense level and role in the offense. The government desires additional time to reduce the parties understanding regarding the U.S.

Sentencing Guidelines to writing in the form of a plea agreement and to draft a statement of facts.

Government's attorney would inform the court he will be out of the office on work related travel and unable to appear in court June 11 through June 14, 2007, and June 18 through June 22, 2007. Additionally, government's attorney will be out of the office for the Fourth of July holiday and unable to appear in court from July 3, 2007 through July 6, 2007.

Wherefore, the government respectfully requests an additionally two to three weeks to formalize in writing the plea discussions with defense counsel and that the court grant the Government's Motion for Continuance of the Plea Hearing.

Respectfully submitted

KEN BLANCO, Chief
Narcotics and Dangerous Drug Section
Criminal Division
U.S. Department of Justice


  /s/
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7606

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing was sent via ECF to Jon Jeffress, attorney for Alvaro Serrano Archbold, and Alexandra Rengle, attorney for Juan Jose Heredia-Lopez on April 28, 2007

                                              /s/_____
                                            Patrick H. Hearn