UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>         **Plaintiff**,<br><br>     v.<br><br>**ALVARO SERRANO ARCHBOLD-MANNER (1)**<br><br>**JUAN JOSE HEREDIA-LOPEZ (22)**<br><br>         **Defendants.** | )<br>)<br>)<br>)   Criminal Case No. 05-342 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Government's Motion to Continue the Plea Hearing in this matter, currently scheduled for Friday, June 8 at 4:30 p.m., and finding good cause, it is

**ORDERED**, that the Government's Motion to Continue the Plea Hearing is **GRANTED**. This matter will be continued for a case status hearing on the _____ day of _____, 2007 at_____AM/PM. The continuance is in the best interests of justice and those interests outweigh the interests of the parties and the public in a speedier trial. The purpose of the continuance is to permit the government and defense counsel an opportunity to meet and finalize details regarding a resolution to the cases.

**SO ORDERED**,

_____                    _____
_____DATE_____                    HONORABLE ROYCE C. LAMBERTH
                                            U.S. DISTRICT JUDGE
                                            UNITED STATES DISTRICT COURT
                                            FOR THE DISTRICT OF COLUMBIA