UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

V.

                                    CR NO. 05-342

JAIME HERNAN GUTIERREZ-DIAZ,

        Defendant.

---

## RESPONSE TO DEFENDANT GARETH LEWIS' PRELIMINARY MOTION TO DISMISS

Defendant Jaime Hernan Gutierrez-Diaz respectfully requests to join the following part of defendant Gareth Lewis' Preliminary Motion to Dismiss: **Section III, Part A, Duplicity of the Superseding Indictment.**

However, defendant Jaime Hernan Gutierrez-Diaz is named in counts one and five of the superseding indictment and, as it applies to this motion, substitutes count five for count two where it is referenced in Gareth Lewis' motion to dismiss.

Defendant Jaime Hernan Gutierrez-Diaz does not wish to join the following part of defendant Gareth Lewis' Preliminary Motion to Dismiss: **Section III, Part B, The Indictment in this Case Must be Dismissed for Lack of Venue in the District of Columbia.**

Respectfully submitted,

*[signature]*

Dated: February 25, 2008

**DAVID S. ZAPP**
Attorney for Defendant
7 East 94th Street, Suite 1A
New York, New York 10128
Tel. (718) 855-3895
Fax (718) 855-8924

## Certificate of Service

I HEREBY CERTIFY that on this 25th day of February, 2008, I caused to be served a copy of this motion via facsimile and the ECF system on:

AUSA Patrick H. Hearn
Narcotic and Dangerous Drug Section
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20535

_____
Sam Javna