**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**


**v.                          05-342 (RCL)**


**JOSE HUGO ALVAREZ LOZANO,
        et.al.**

**MOTION   FOR  A  STANDING ORDER
THAT THE GOVERNMENT OBTAIN ALL
PRIOR STATEMENTS OF WITNESSES
THAT MAY BE LOCATED OVERSEAS SO THAT
MAY DISCLOSE THEM PURSUANT
TO 18 USC§ 3500**


Defendant Alvarez Lozano now moves this Court for a standing Order that all notes and prior statements of Government witnesses that may be located overseas be obtained by the Government of the United States before trial so that they are in the possession of the United States pursuant to 18 USC § 3500.  In support of this motion the defendant states as follows:


1.    This prosecution involves agents and witnesses who are located outside of the United States.  The defendants do not know, nor has the government disclosed the names and locations of their witnesses.


2.    The United States is a party to Multi Lateral treaties to obtain witnesses and evidence.  The defendants are not parties to the Multi Lateral Treaties.

3.    If prior statements of foreign witnesses exist overseas -- only the Government has knowledge of or access to the statements.  The Government should not be permitted to claim the statements are not in their physical possession in order to avoid demands for production of statements and reports of witnesses pursuant to 18 USC § 3500.

4.    If prior statements or notes thereof of DEA agents or other law enforcement entities are located outside of the physical boundaries of the United States those prior statements should be produced as they are actually in the possession of the United States regardless of their physical location and must be delivered to defendant pursuant to 18 USC § 3500.

5.    If the United States elects not to comply the Court shall strike the testimony of the witness pursuant to 18 USC 3500 (d).

**Wherefore** the defendant moves this Court for a standing Order requiring the Government to  obtain all prior statements and notes thereof of each and every witness and have them available for disclosure subject to defense demands for production.

Respectfully submitted,

_____/s/_____
H. Heather Shaner   #273 276
Appointed by the Court for Hugo Alvarez
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210