UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.                                        05-342 (RCL)

**JOSE HUGO ALVAREZ LOZANO,**
           et.al.

### MOTION TO REQUIRE THAT THE GOVERNMENT MAKE AVAILABLE TO THE DEFENDANTS FOR TRIAL LAW ENFORCEMENT AGENTS WHO PARTICIPATED IN THE INVESTIGATION OF THIS CASE

The defendant, Jose Hugo Alvarez Lozano, through counsel moves the Court to Order the Government to make available to the defendants for Trial law enforcement agents who investigated the facts leading up to the Indictment and prosecution of this case and agents who were present during interviews and debriefings of prospective witnesses.  In support of this Motion the defendant states:

1.    This is an international case.  The defendants in this case do not know the case agents who investigated this case overseas.  During the Trial of an international case you cannot send an investigator to subpoena the case agent at a local office.  International investigators are by the nature of their work located throughout the world.

2.    When the Government presents a witness, the defendant is entitled to prior statements and reports of the witness.  Where the testimony is inconsistent with an earlier statement of the witness, it is

incumbent on effective counsel to impeach the witness with the prior statement. Sixth Amendment.  In order to complete the impeachment of the witness the presence of the official, who took the statement that is inconsistent with the in court testimony, is necessary.

3.     In an international case, the defendant does not have the luxury of waiting until trial to learn if the case agent will be necessary to the defense for trial.  The defendant does not have the time or the ability to locate the witness overseas, or "to have compulsory process for obtaining witnesses in his favor". Sixth Amendment. U.S. Constitution.

4.     Where the witness is a Government Agent or an agent of a partner foreign government, the United States has all the witness contact information.  The United States has the ability to bring the witness to Court.  The United States should be required to provide compulsory process to their case agents and partner agents located anywhere in the world

5.     Where the Government makes the extraordinary decision to prosecute individuals for events that occur totally outside of the United States, the Government should be required to facilitate the practical matters that permit the defendant to have a fair trial and to obtain witnesses in his favor.  Fifth Amendment. Sixth Amendment.

6.     The Government has an obligation to ensure that the rights conferred on every individual by the U.S. Constitution are not abridged due to the international nature of the prosecution.

**WHEREFORE** the defendant respectfully requests the Court grant this Motion and Order the United States to make case agents whether U.S. or partner agents available to the defendants during the Trial and for the defense case.

Respectfully submitted,

_____/s/_____
H. Heather Shaner   # 273 276
Appointed by the Court
for Hugo Alvarez Lozano
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210