UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    CR. 05-342-15

JOSE HUGO ALVAREZ-LOZANO

## ORDER

Upon consideration of the Defendant's Motion for Early Disclosure of Exculpatory Information regarding government witnesses and the Government's response thereto,

**It is Hereby Ordered** that the Government disclose facts and information about confidential informants, special employees and cooperating witnesses by _____ **So Ordered** this _____day of _____2008.

_____

**Chief** Judge Royce C Lamberth