**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**v.**                                                              **05-342**

**JOSE HUGO ALVAREZ LOZANO,
        et.al.**

## ORDER

It is Hereby Ordered that the Government provide a schematic to the defendants describing the interrelatedness of the co-conspirators and the facts that prove a single Conspiracy.

It is further Ordered the Government disclose the statements they intend to offer in evidence as co-conspirator statements, against whom it is being offered and their theory of admissibility.

So Ordered.   This _____day of _____2008.

_____
**Chief Judge Royce C. Lamberth**