UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case Number: 05-CR-0342 RCL |
| : | |
| : | |
| JESUS MURILLO LENIS, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

This matter is before the court on a motion for enlargement of time in which to file pre-trial motions.

It appears to the court that it is in the interest of justice to have the issue addressed prior to trial

**WHEREFORE,** the IT IS ORDERED, this _____ day of August 2008, that the defendant's motion is GRANTED and that the government will file its reply to the response to its motion to admit uncharged misconduct and/or bad acts before the trial date.

_____
J U D G E