UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 05-CR-0342 RCL |
| JESUS MURILLO LENIS, | : | |
| Defendant. | : | |

**ORDER**

This matter is before the court on a Motion for Sequestration of Witnesses and Disclosure of Movement filed by JESUS ANTONIO MURILLO-LENIS. After having considered the record of proceedings to date, the government's position as well as argument on the motion, IT APPEARS TO THE COURT that it is the interest of justice to grant the relief requested.

**WHEREFORE, IT IS ORDERED**:

1. That all witnesses for the government be kept physically separated pending trial. Said separation should include but not be limited to preventing these witnesses from being held together in the holding pen behind the courtroom until such time as they are actually being called to the witness stand.

2. That the witnesses are ordered not to discuss the case with one another, not to read any trial transcripts and not to talk with any witness who has already testified during the trial or previously before the grand jury.

3. That once a witness has testified, s/he not relate his/her testimony or discuss what occurred in the courtroom with **anyone.**

4.  That government trial counsel is instructed to advise his/her witnesses as to the purpose and effect of the Court's sequestration order.

5.  That the United States Marshal release to the defense *Form 129* and any other information related to the movement of any individuals who may testify on behalf of the government. Said request includes but is not limited to the dates and time spent in foreign detention facilities, federal facilities and contract facilities.

6.  That the government provide the defense with specific information related to the time and places spent by witnesses in transport by the United States Marshal's Service or any other local or foreign law enforcement agency. The relevant time period for said request is from CY 2005 to the present and continuing.

7.  That defense counsel will not have contact with their clients while they are testifying, unless first consulting with the court.

_____
J U D G E