## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: 05-CR-0342 RCL |
| JESUS MURILLO LENIS, | : |
| Defendant. | : |

## ORDER

This matter is before the court on a Motion filed by Mr. MURILLO-LENIS to Reveal the Identify of Informant/Cooperators and information related thereto. After having considered the record to date, the government's response to the Motion and the argument's of counsel, it appears to the court that the interest of justice demands that the government reveal the identify of the informant and to provide the defense with the information specifically enumerated in the Motion. WHEREFORE THE MOTION IS GRANTED and the government is ORDERED to provide the information requested forthwith.

_____
J U D G E