UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      : | |
| :  | |
| Plaintiff,      : | |
| : | |
| v.                                                       : | Case Number: 05-CR-0342 RCL |
| : | |
| : | |
| JESUS MURILLO LENIS,           : | |
| : | |
| Defendant.      : | |
| : | |

**MOTION TO PRESERVE NOTES, REPORTS AND EVIDENCE**

Comes now JESUS ANTONIO MURILLO-LENIS and moves for an order directing the government to preserve any notes, reports and tangible evidence that may be related to this case. This motion is made pursuant to *California v. Trombetta,* 104 S.Ct. 2528 (1984).

**POINTS AND AUTHORITIES**

1. *California v. Trombetta,* 104 S.Ct. 2528 (1984)
2. *United States v. Riley,* 189 F.3d 802, 806 (9th Cir. 1999)
3. 18 USC §3500

                              Respectfully submitted,
                              ANTHONY D. MARTIN, PC

By:  _____
       Anthony D. Martin, 362-537
       BELLE POINT OFFICE PARK
       7841 Belle Point Drive
       Greenbelt, MD 20770
       (301) 220-3700; (301) 220-0791(fax)

       *Attorney for*
       *JESUS ANTOINIO MURILLO-LENIS*