UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Plaintiff** | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | CR. NO. 05-267 (RMC) | |
| | ) | | |
| **ALVARO SERRANO ARCHBOLD-MANNER, et. al.,** | ) | | |
| | ) | | |
| **Defendants.** | ) | | |

## ORDER

Upon consideration of the Defendant's Pretrial Motions and the Government's Omnibus Response in Opposition to Defendant's Pretrial Motions it is **ORDERED**, that the Defendant's Motion to Dismiss Indictment for Lack of Venue be **DENIED**.

**SO ORDERED**,

_____          _____
DATE                                         HONORABLE ROYCE C. LAMBERTH
                                                   U.S. DISTRICT JUDGE
                                                   UNITED STATES DISTRICT COURT
                                                   FOR THE DISTRICT OF COLUMBIA