AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

     Plaintiff(s)

)
)  **APPEARANCE**
)
)
vs.      )  CASE NUMBER  CR-05-342-RCL

Alvaro Serrano Archbold-Manner, et al )
)
    Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Teresa A. Wallbaum</u>  as counsel in this

           (Attorney's Name)

case for: <u>United States of America</u>

        (Name of party or parties)

<u>August 14, 2008</u>

Date

<u>Illinois # 6211941</u>

BAR IDENTIFICATION

<u>Teresa A. Wallbaum</u>

Signature

Teresa A. Wallbaum

Print Name

1400 New York Ave, NW

Address

Washington, DC 20530

City   State   Zip Code

(202) 616-5193

Phone Number