

OPERATION MOUNTAIN MIST 2006

Exhibit B

LAW ENFORCEMENT SENSITIVE