U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA ▓▓▓ At: ▓▓▓ | ☒ ▓▓▓ ☒ ▓▓▓ ☐ ☐ ☐ | | 6. File Title ▓▓▓ | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared ▓▓▓ | |

9. Other Officers: SAs Carl Beckett and Robert Roth (Cartagena RO)

10. Report Re: Post-Arrest Statements of Carlos DELGADO-Gomez in Santa Marta, CB on August 16, 2006.

### SYNOPSIS

On August 16, 2006 shortly after 4:00 a.m. (Colombian time), Carlos DELGADO-Gomez (hereafter DELGADO), a/k/a "CARLANGA", was arrested in Barranquilla, Colombia by the Colombian Military Police (CMP) acting in concert with the Cartagena RO.

### DETAILS

1. DELGADO's arrest was executed on behalf of a provisional arrest warrant (PAW) issued by DOJ's Narcotics and Dangerous Drug Section (NDDS) in Washington D.C. Following his arrest, DELGADO was transported by the CMP from Barranquilla to a CMP base in Santa Marta, Colombia for processing.

2. At approximately 2:00 p.m., SAs Zachariasiewicz, Roth and Beckett were permitted to interview DELGADO. SA Roth read DELGADO his Miranda Rights in Spanish from a DEA Form 13A (advisement of rights card) provided by SA Zachariasiewicz. SA Roth asked DELGADO if he understood the rights afforded him after each line of the card. DELGADO answered affirmatively each time SA Roth asked. After acknowledging his rights and agreeing to questioning, DELGADO stated the following in substance and in part.

| 11. Distribution: Division  District  SEE LAST PAGE  Other | 12. Signature (Agent) SA Rob Zachariasiewicz | 13. Date 8-23-06 |
|---|---|---|
| | 14. Approved (Name and Title) Brian Dodd  Group Supervisor | 15. Date 9/6/06 |

DEA Form - 6
(Jul. 1996)
   RFZ
4 - Extra

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.


Exhibit A

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |
| 4. Page 2 of 5 | |
| 5. Program Code | 6. Date Prepared 08/22/06 |

3. DELGADO stated that Alvaro ARCHBOLD was in Panama. DELGADO stated that upon his arrest in Barranquilla that morning, he had provided ARCHBOLD's current cellular telephone number in Panama to the CMP personnel who arrested him. DELGADO stated that he attempted to contact ARCHBOLD in the CMP's presence. (Agent's note: DELGADO had provided ARCHBOLD's number to the CMP and had attempted to contact ARCHBOLD on the CMP's instructions to determine where ARCHBOLD was staying in Panama. The call was unsuccessful.)

4. DELGADO stated that in the past, ARCHBOLD has often stayed at the HOTEL EUROPA in Panama City, PM. It is located on Espana Road. DELGADO stated that it is possible that ARCHBOLD is currently staying at a different hotel. DELGADO suggested that if a call was made to the front desk of the EUROPA HOTEL, the hotel would confirm if ARCHBOLD was staying there. DELGADO stated that ARCHBOLD utilizes the same taxi driver every time he is in Panama. The taxi driver is named Samuel LNU, a/k/a "MORA ITA", and utilizes Panamanian cellular telephone number 507-66004757.

5. DELGADO stated that as of that time, ARCHBOLD was not aware that DELGADO had been arrested. DELGADO stated that Gustavo (Gustavo BARBOSA-Rodriguez), a/k/a "RAFITA", didn't know Esther. DELGADO stated that he attempted to contact BARBOSA earlier this morning in Barranquilla as he had ARCHBOLD. DELGADO stated that he did so in the presence of a female officer of the CMP. DELGADO stated that he got through to BARBOSA but BARBOSA would not tell DELGADO where he was located. BARBOSA did tell DELGADO that he planned to see DELGADO as his finca on Staurday (located in Guajira, CB). DELGADO stated that BARBOSA maintains an apartment in Barranquilla as a well as a place in Santa Marta.

6. DELGADO stated that he has not heard of the M/V DAN VIKING. DELGADO stated that the M/V DIANA STAR belongs to ARCHBOLD.

7. DELGADO stated that he has a contact from Guatemala named Fernando AVENDANO. DELGADO stated that ARCHBOLD introduced DELGADO to AVENDANO. PIQUINO is AVENDANO's partner. DELGADO stated that PIQUINO is either Mexican or Guatemalan. DELGADO stated that

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

4 - Extra

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. | 2. G-DEP Identifier |
| | 3. File Title | |

4. Page 3 of 5

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 08/22/06 |

AVENDANO has another associate named Robert (believed to be Roberto OCHOA) who is Mexican. DELAGDO stated that AVENDANO was in DELGADO's house in Barranquilla approximately two months ago. AVENDANO had arrived in Barranquilla or Cartagena from Panama and stayed with DELGADO for approximately one month. DELGADO stated that he is unaware who AVENDANO was representing.

8. DELGADO initially stated that he was scared to discuss how much cocaine AVANDANO was attempting to purchase. DELGADO stated that the Guatemalans (AVENDANO et. al.) thought that DELGADO had a lot of money and wanted him to invest in 50% of a cocaine shipment with them. DELGADO then stated that the Guatemalans were looking to purchase 500 kilograms of cocaine and for DELGADO to put up the month for half (250) of the total. DELGADO stated that the Guatemalans had contacts in Colombia to get the cocaine from and were looking for DELGADO to invest with them and help arrange the transportation of the cocaine with ARCHBOLD. DELGADO stated that the Guatemalans thought ARCHBOLD was a liar because he kept putting the deal off and eventually, the negotiations fell apart.

9. DELGADO stated that he knows "GORDO" (Ulises MALKUN-Bernades). DELGADO stated that ARCHBOLD has been dealing with ARCHBOLD but DELGADO does not believe that they ever consummated a drug deal because ARCHBOLD took a loss approximately six months ago with some Jamaicans. When asked what type of "loss", DELGADO explained that ARCHBOLD lost a large maritime shipment of cocaine. DELGADO stated that one of the Jamaicans was known as "MOCHITO". (Agent's note: MOCHITO is a reference to Gareth Davyton LEWIS.) DELGADO stated that ARCHBOLD has an associate in Medellin, Colombia named "CHIQUI" but DELGADO was uncertain if CHIQUI was the owner of the lost cocaine. (Agent's note: CHIQUI is a reference to Miyer Alberto GARCIA-Buitrago..)

10. DELGADO made no further statements.

**Distribution:**
SARI

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

4 - Extra

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ███ | 2. G-DEP Identifier ███ |
|---|---|---|
| | 3. File Title ███ | |
| 4. Page 4 of 5 | | |
| 5. Program Code  OPERATION MOUNTAIN MIST | 6. Date Prepared  08/22/06 | |

Cartagena RO/Beckett
Kingston CO/Gurrola
OSL/Starling

### INDEXING

1. DELGADO-Gomez, Carlos – ███.

2. ARCHBOLD-Manner, Alvaro Serrano – ███.

3. BARBOSA-Rodriguez, Gustavo – ███.
   A/k/a "RAFITA".

4. DAN VIKING – ███.

5. DIANA STAR – ███.

6. ███

7. ███

8. ███

9. MALKUN-Bernades, Ulises – ███.
   A/k/a "GORDO".

10. LEWIS, Gareth Davyton – ███.
    A/k/a "MOCHITO".

11. GARCIA-Buitrago, Miyer Alberto – ███.
    A/k/a "CHIQUI". Cocaine SOS in Medellin, CB. C/a of Alvaro ARCHBOLD; Sergio Rene DE MARTINI-Tamayo; Jeffrey and Gareth LEWIS. Note: CHIQUI was formerly indentified under this investigation as

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

4 - Extra

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▓▓▓ | 2. G-DEP Identifier ▓▓▓ |
|---|---|---|
| | 3. File Title ▓▓▓ | |
| 4. Page 5 of 5 | | |
| 5. Program Code  OPERATION MOUNTAIN MIST | 6. Date Prepared  08/22/06 | |

Fredy GOMEZ-Perez under ▓▓▓ but has since been positively identified as GARCIA-Buitrago.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

4 - Extra

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.