

Exhibit B

Case 1:05-cr-00342-RCL    Document 277-3    Filed 09/18/2008    Page 1 of 1